ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MOLLY K. PRIEDEMAN (CABN 302096)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    molly.priedeman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-CR-00332-JSW |
| Plaintiff, | NOTICE OF DISMISSAL; **ORDER GRANTING** |
| v. | **LEAVE TO DISMISS AND QUASHING** |
| JAITEG SINGH WARAICH, | **WARRANT** |
| Defendant. | Re: Dkt. No. 16 |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the information in the above-captioned case against Jaiteg Singh Waraich and moves that the Court quash the arrest warrant issued in connection with the information in this case against Jaiteg Singh Waraich.

//

NOTICE OF DISMISSAL
No. CR __22-cr-00332-JSW__
    v. 8/4/2021

The United States has obtained a copy of a report from the Canadian government confirming that Mr. Waraich has passed away.

DATED: February 27, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Martha Boersch*
MARTHA BOERSCH
Chief, Criminal Division

Leave is granted to the government to dismiss the information against Jaiteg Singh Waraich. It is further ordered that the arrest warrant issued in connection with the information in this case is quashed.

Date: February 28, 2024

HON. JEFFREY S. WHITE
United States District Judge

NOTICE OF DISMISSAL
No. CR __22-cr-00332-JSW__
     v. 8/4/2021